**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 249 WAL 2020
                         :
             Respondent           :
                         :   Petition for Allowance of Appeal
                         :   from the Order of the Superior Court
              v.                      :
                         :
                         :
THERESA DIANE SCOTT,            :
                         :
             Petitioner             :

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 29th day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.